IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones-Ward, Veronica

Printed: 01/06/09

Case Number: 08 B 21709
Judge: Hollis, Pamela S
Filed: 8/18/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,373.00 | 0.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 9,636.00 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 25.27 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 48.00 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 10.36 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 464.76 | 0.00 |
| 8. | U.S. Department Of Education | Unsecured | 1,122.85 | 0.00 |
| 9. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 10. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 11. | Arm Professional Service | Unsecured |  | No Claim Filed |
| 12. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 13. | Harris & Harris | Unsecured |  | No Claim Filed |
| 14. | Debt Credit Service | Unsecured |  | No Claim Filed |
| 15. | RJM Acquisitions LLC | Unsecured |  | No Claim Filed |
| 16. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 17. | First National Bank Of Marin | Unsecured |  | No Claim Filed |
| 18. | Torres Credit | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,680.24 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jones-Ward, Veronica | Case Number:  08 B 21709 |
| | Judge:  Hollis, Pamela S |
| Printed: 01/06/09 | Filed:  8/18/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

